UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-24491-CV-MARTINEZ

MT. HAWLEY INSURANCE COMPANY

    Plaintiff,

v.

LAS VISTAS AT DORAL
CONDOMINIUMASSOCIATION, INC., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for appropriate disposition (DE 52). Magistrate Judge Otazo-Reyes filed a Report and Recommendation ("R&R") recommending that the Motion for Costs filed by Defendant Las Vistas at Doral Condominium Association, Inc. ("Las Vistas") be granted and that Las Vistas' Motion for Fees be granted in part. (DE 59). In particular, Judge Otazo-Reyes concluded that Las Vistas is entitled to $34,991.10 in attorneys' fees plus $60.00 in taxable costs for a total award of $35,051.10. (*Id.*). Neither party filed objections. The Court having reviewed the R&R and record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation (DE 59) is **AFFIRMED** and **ADOPTED**. Las Vistas Motion for Costs (DE 49) is **GRANTED**. Las Vistas Motion for Fees (DE 51) is **GRANTED IN PART** as set forth above.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of June, 2021.

                                                            _____
                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE